448 A.2d 1177

Fritzinger, Appellants v. Pellegrino et al.

Argued September 16, 1981. John P. Thomas, submitted a brief on behalf of appellants; William E. Ford, for Pellegrino, appellee; Kent H. Herman, submitted a brief on behalf of State Auto. Mut. Ins. Co., appellee; David Schwartz, did not file a brief on behalf of Miller, appellee.

Before CAVANAUGH, DiSALLE and WATKINS, JJ.

Judgment affirmed.

DiSALLE, J., did not participate in the consideration or decision of this case.